**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*,[1] | Case No. 26-10950 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: July 22, 2026 at 1:00 p.m. (ET)**<br>**Objection Deadline: July 15, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION**

TO:   (a) the Office of the United States Trustee for the District of Delaware; (b) each of the Debtors' creditors holding the twenty (20) largest unsecured claims as set forth in the consolidated list filed with the Debtors' petitions; (c) the Internal Revenue Service; (d) the United States Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (e) the Federal Energy Regulatory Commission; (f) the Office of the United States Attorney for the District of Delaware; (g) the state attorneys general for all states in which the Debtors conduct business; and (h) all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on July 1, 2026, Danskammer HoldCo LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of SSG Advisors, LLC as Investment Banker to the Debtors Nunc Pro Tunc to the Petition Date and a Waiver of Compliance with Certain of the Requirements of Local Rule 2016-1* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the relief requested in the Application must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served upon the proposed undersigned counsel so as to be received no later than **July 15, 2026 at 4:00 p.m. (ET).**

A HEARING ON THE APPLICATION WILL BE HELD ON **JULY 22, 2026 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3. WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

Dated: July 1, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  brown@lrclaw.com
       pierce@lrclaw.com
       dute@lrclaw.com
       venkateswaran@lrclaw.com

*Proposed Counsel for the Debtors*
*and Debtors-In-Possession*