**Exhibit B**

**Kohl Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*[1] | Case No. 26-10950 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF TERESA C. KOHL IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SSG ADVISORS, LLC AS INVESTMENT BANKER TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE AND A WAIVER OF COMPLIANCE WITH CERTAIN OF THE REQUIREMENTS OF LOCAL RULE 2016-1**

I, Teresa C. Kohl, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Managing Director of SSG Advisors, LLC ("SSG"), an investment banking firm that maintains offices at 300 Barr Harbor Drive, Suite 420, West Conshohocken, PA 19428, and I am duly authorized to make this declaration (the "Declaration") on behalf of SSG.  I have over 28 years of experience in the restructuring industry and extensive experience: (i) marketing companies or their assets for sale, including experience marketing companies in distress and debtors in bankruptcy cases; (ii) raising capital for special situation transactions; and (iii) restructuring companies' balance sheets both in court and out of court.

2.      I make this Declaration in support of the *Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of SSG Advisors, LLC as Investment Banker to the Debtors Nunc Pro Tunc to the Petition Date and a Waiver of Compliance with Certain of the*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

*Requirements of Local Rule 2016-1* (the "Application")[2] of the Debtors, filed contemporaneously herewith, for the entry of an order authorizing the retention and employment of SSG, pursuant to Bankruptcy Code sections 327(a) and 328(a), as investment banker for the Debtors, *nunc pro tunc* to the Petition Date.

3.      Except as otherwise stated in this Declaration, I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify thereto.  To the extent any information disclosed in this Declaration requires amendment or modification upon SSG's completion of further review or as additional party in interest information becomes available to it, SSG will submit a supplemental declaration to the Court reflecting such amended or modified information.

### SSG'S QUALIFICATIONS

4.      SSG is an internationally recognized investment banking firm.  Since its founding, SSG has completed over 500 investment banking assignments.  SSG's professionals have expertise in mergers and acquisitions, private placements, financing restructurings, valuations, and financial advisory services.   Moreover, SSG has substantial expertise advising troubled companies, including in connection with distressed sales.

5.      SSG is uniquely qualified to advise the Debtors in the Chapter 11 Cases.  SSG's professionals have extensive experience working with financially-distressed companies in and out of chapter 11, including through section 363 sales.  In particular, SSG has served as an investment banker for debtors and other parties in a number of bankruptcy cases in the District of Delaware, including: *In re Tonopah Solar Energy, LLC*, Case No. 26-10060 (JKS) (Bankr. D. Del. Feb. 13, 2026); *In re American Signature, Inc., et al.*, Case No. 25-12105 (JKS) (Bankr. D. Del Jan. 6,

---

[2]    All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2026); *In re Navidea Biopharmaceuticals, Inc.*, Case No. 25-11779 (JKS) (Bankr. D. Del. Dec. 10, 2025); *In re US Magnesium LLC*, Case No. 25-11696 (BLS) (Bankr. D. Del. Oct. 7, 2025); *In re F21 OPCO, LLC, et al.*, Case No. 25-10469 (MFW) (Bankr. D. Del. Apr. 11, 2025); *In re Brightmark Plastics Renewal LLC., et al.*, Case No. 25-10472 (LSS) (Bankr. D. Del. Apr. 10, 2025); *In re Ideanomics Inc., et al.*, Case No. 24-12728 (CTG) (Bankr. D. Del. Jan. 8, 2025); *In re Fluid Market Inc. d/b/a Fluid Truck, et al.*, Case No. 24-12363 (CTG) (Bankr. D. Del. Nov. 14, 2024); *In re BIOLASE, Inc., et al.*, Case No. 24-12245 (KBO) (Bankr. D. Del. Oct. 25, 2024); *In re ICON Aircraft, Inc., et al.*, Case No. 24-10703 (CTG) (Bankr. D. Del. May 6, 2024); *In re Burgess BioPower, LLC, et al.*, Case No. 24-10235 (LSS) (Bankr. D. Del. Apr. 10, 2024); *In re InVivo Therapeutics Corp., et al.*, Case No. 24-10137 (MFW) (Bankr. D. Del. Feb. 22, 2024); *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS); *In re Pegasus Home Fashions, Inc., et al.,* Case No. 23-11235 (MFW); *In re Christmas Tree Shops, LLC, et al.,* Case No. 23-10576 (TMH); *In re EFS Parlin Holdings, LLC,* Case No. 23-10539 (JTD); *In re Nova Wildcat Shur-Line Holdings, Inc.,* Case No. 23-10114 (CTG); *In re Allena Pharmaceuticals, Inc.,* Case No. 22-10842 (KBO); *In re Electric Last Mile, Inc.,* Case No. 22-10538 (MFW); *In re Retrotope, Inc.*, Case No. 22-10228 (JTD); *In re Avadim Health, Inc.*, Case No. 21-10883 (CTG); *In re Connections Community Support Programs, P.C.*, Case No. 21-10723 (MRW); *In re PBS Brand Co., LLC*, Case No. 20-13157 (KSS); *In re PQ New York, Inc.*, et al, Case No. 20-11266 (JTD); *In re Sustainable Restaurant Holdings, Inc.*, Case No. 20-11087 (JTD); *In re Cedar Haven Acquisition, LLC,* Case No. 19-11736 (JKS); *In re THG Holdings LLC, et al.,* Case No. 19-11689 (JTD); *In re St. Christopher's Healthcare, LLC,* Case No. 19-11468 (KG); *In re Center City Healthcare, LLC d/b/a Hahnemann Univ. Hosp.*, Case No. 19-11466 (KG); *In re 1515-GEEnergy Holding Co. LLC, et al.,* Case No. 19-10303 (LSS); *In re Samuels Jewelers, Inc.*, Case No. 18-

3

11818 (KJC); *In re Argos Therapeutics, Inc.*, Case No. 18-12714 (KJC); *In re ABT Molecular Imaging, Inc.*, Case No. 18-11398 (CSS); *In re Nighthawk Royalties LLC*, Case No. 18-10989 (BLS); *In re Vitamin World, Inc., et al.,* Case No. 17-11933 (KJC); *In re Peekay Acquisition, LLC*, Case No. 17-11722 (BLS); *In re Short Bark Indus., Inc.*, Case No. 17-11502 (KG); *In re Unilife Corp.*, Case No. 17-10805 (LSS).

6.      The Debtors employed SSG pursuant to that certain engagement letter dated June 10, 2026 between SSG and the Debtors, a true and correct copy of which is attached to the Application as Exhibit C (the "Engagement Agreement").

7.      SSG is familiar with the Debtors' corporate and capital structure, management, operations, and various other aspects of their business.  SSG has knowledge of the Debtors' financial history and business operations and is well suited to provide the Debtors with the services contemplated by the Engagement Agreement.  I believe that SSG is qualified to represent the Debtors in the Chapter 11 Cases.

### SSG'S DISINTERESTEDNESS

8.      In connection with its proposed retention by the Debtors in these Chapter 11 Cases, SSG undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, SSG obtained from the Debtors' representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest"), which are listed on **Exhibit 1** attached to this Declaration.

9.      SSG has researched its electronic client databases to determine connections with the Potential Parties in Interest.  The results of the search of the Potential Parties in Interest are set forth in **Exhibit 2** attached to this Declaration.  To the best of SSG's knowledge, neither SSG nor

4

any of its employees: (a) is a creditor or an insider of the Debtors; (b) is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has an interest materially adverse to the interest of the Debtors' estates or of any class of creditors, by reason of any direct or indirect relationship in connection with, or interest in, the Debtors, or for any other reason.  To the best of SSG's knowledge and belief, SSG has not represented any Potential Parties in Interest in connection with matters relating to the Debtors or their estates, assets, or business and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these Chapter 11 Cases.

10.     In addition, an email was broadly circulated within SSG to inquire whether any employees or partners at SSG, or any member of such recipient's immediate family (spouse, minor children, or family members living in your household): (a) have any connection to the Potential Parties in Interest; (b) own any equity security of any of the Debtors; (c) own any debt security of the Debtors; (d) hold a general unsecured claim against any of the Debtors; (e) hold any other claim against any of the Debtors; or (f) own more than one percent, manage or otherwise control, or have any influence over any of the Potential Parties in Interest.  No affirmative response was received in response to any of these email inquiries.

11.     Further, the email inquired whether any recipient of the email, or any member of such recipient's immediate family (a) has, within the last two years, been an officer, director, or employee of any of the Debtors, or (b) holds an interest materially adverse to interests of the Debtors, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.  I understand that no affirmative response was received in response to these email inquiries.

12. Moreover, the email inquired whether any recipient, or any member of such recipient's immediate family, is related to (a) any bankruptcy judge for the District of Delaware, or (b) any employee of the United States Trustee for Region 3. I understand that no affirmative response was received in response to these email inquiries.

13. As of the Petition Date, the Debtors did not owe SSG any fees or expenses incurred before the Petition Date.

14. To the best of my knowledge, as set forth above, no individual assignment in which SSG is involved appeared on the Potential Parties in Interest, and accordingly, none of the entities listed on the Potential Parties in Interest accounts for more than 10% of SSG's gross revenue during the twelve-month period before to the date hereof.

15. SSG provides investment banking and financial advisory services to a wide variety of clients. As a result, SSG has represented, and may in the future represent, certain Potential Parties in Interest in matters unrelated to these Chapter 11 Cases, either individually or as part of the representation of an ad hoc or official committee of creditors or interest holders. To the best of SSG's knowledge, information and belief, insofar as SSG has been able to ascertain after reasonable inquiry, none of these representations are adverse to the Debtors' interests.

16. Based on the foregoing, to the best of SSG's knowledge and belief, neither SSG nor I, nor any other employee of SSG that will provide services to the Debtors in connection with this engagement, has any connection with or holds any interest adverse to the Debtors, their estates, or the Potential Parties in Interest.

17. In addition, SSG has received no revenue in the last two years from any of the Potential Parties in Interest. Further, to the best of SSG's knowledge, there have been no outside

business activities or private investments disclosed in SSG's compliance system for any of the Potential Parties in Interest.

18.    To the best of SSG's knowledge, information, and belief, insofar as SSG has been able to ascertain after reasonable inquiry, except with respect to the Engagement Agreement, SSG has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases.  SSG will, however, continue to provide professional services to other entities or persons that may be creditors or equity security holders of the Debtors or interested parties in these Chapter 11 Cases; *provided that* such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.  Additionally, in connection with its debt capital markets and special situations practices, in the ordinary course of business, SSG has and, may in the future, present investment opportunities to certain of the Potential Parties in Interest.

19.    Accordingly, except as otherwise set forth in this Declaration, insofar as SSG has been able to determine, neither SSG, nor any employee of SSG holds or represents any interest adverse to the Debtors or their estates, and SSG is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), as modified by section 1107(b), and that SSG, and its professionals and employees:

(a) is not a creditor, an equity security holder, or an insider;

(b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c) does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

20. To the extent that SSG discovers any additional facts bearing in a material respect on its disinterestedness during the period of SSG's retention in connection with these Chapter 11 Cases, SSG will supplement this Declaration, as required by Bankruptcy Rule 2014(a).

### SERVICES TO BE PROVIDED

21. Subject to the Court's approval, SSG will provide the following services (the "Services") to the Debtors in connection with these Chapter 11 Cases:

(a) Advising on and assisting the Debtors in the preparation of an information memorandum describing the Debtors, their operations, management, and financial status for use in discussions with prospective purchasers and assisting in the due diligence process for a potential sale transaction;

(b) Assisting the Debtors in compiling a data room of any necessary and appropriate documents related to the sale;

(c) Assisting the Debtors in developing a list of suitable potential buyers who will be contacted on a discreet and confidential basis after written approval by the Debtors;

(d) Coordinating the execution of confidentiality agreements for such potential buyers wishing to review the information memorandum and/or data room;

(e) Assisting the Debtors in coordinating site visits for interested buyers and working with the management team to develop appropriate presentations for such visits;

(f) Soliciting competitive offers from potential buyers;

(g) Advising and assisting the Debtors in structuring the sale transaction and negotiating the sale agreements;

(h) To the extent necessary or advisable, providing testimony and declarations regarding the sale in connection with these Chapter 11 Cases; and

(i) Otherwise assisting the Debtors and their other professionals, as necessary or as reasonably requested by the Debtors, through closing on a best efforts basis.

22. SSG will work with each of the Debtors' professionals to ensure no unnecessary duplication of effort or cost.

## PROFESSIONAL COMPENSATION

23.      Prior to the commencement of these Chapter 11 Cases and under the terms of the Engagement Agreement, the Debtors paid SSG an initial fee (the "Initial Fee") of $75,000.  No amounts are outstanding under the Engagement Agreement.

24.      As set forth with greater specificity in the Engagement Agreement, subject to the Court's approval, the Debtors have agreed to pay SSG the proposed compensation (the "Fee and Expense Structure") set forth in the Engagement Agreement, which is summarized below:

| | |
|---|---|
| Monthly Fees: | Monthly fees of $50,000 (the "Monthly Fees") per month, payable on the fifteenth (15th) of each month beginning July 15, 2026. |
| Transaction Fee: | Upon the consummation of a sale transaction to any party, SSG shall be entitled to a fee (the "Transaction Fee"), payable in cash, in federal funds via wire transfer or certified check, at and as a condition of closing of such sale transaction and as a direct carveout from proceeds and cash, prior in right to any secured debt, equal to the greater of (i) $500,000; or (ii) three percent (3.0%) of Total Consideration, as that term is defined in the Engagement Agreement. |
| | In the event of a sale(s) of individual assets, SSG shall be entitled to ten percent (10.0%) of the sale price of each asset sale transaction with no minimum fee. |

25.      In addition, and regardless of whether a transaction is consummated, the Debtors will reimburse SSG for all of SSG's reasonable out-of-pocket expenses incurred in connection with the Engagement Agreement.

26.      The Fee and Expense Structure is comparable to the fees and expenses charged by similar firms for comparable engagements, both in and out of bankruptcy.  The Fee and Expense Structure also is consistent with SSG's normal and customary billing practices for cases of this

9

size and complexity that require the level and scope of services outlined above.  I believe that the Fee and Expense Structure is reasonable.

27.     SSG's strategic and financial expertise, capital markets knowledge, financing skills, restructuring capabilities, and mergers and acquisitions expertise, some or all of which may be required during the term of SSG's engagement, were important factors in negotiating the Fee and Expense Structure.

28.     SSG has obtained valuable institutional knowledge of the Debtors' business, financial affairs, and creditors since execution of the Engagement Agreement, and SSG is both well-qualified and uniquely able to perform these services and assist the Debtors in these Chapter 11 Cases.

29.     SSG has not shared or agreed to share any compensation to be paid by the Debtors with any other person, other than other principals and employees of SSG, in accordance with Bankruptcy Code section 504.

30.     Due to SSG's commitment to the variable level of time and effort necessary to address all such issues as they arise, and the market prices for SSG's services for engagements of this nature both and in and out of chapter 11, the Fee and Expense Structure is market based and is fair and reasonable under the standards set forth in Bankruptcy Code section 328(a).

## **INDEMNIFICATION**

31.     The Engagement Agreement contains standard indemnification language with respect to SSG's services including, without limitation, an agreement by the Debtors to indemnify SSG and its affiliates, partners, directors, officers, employees and agents (each, an "Indemnified Party" and collectively, the "Indemnified Parties") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of SSG that is the

10

subject of the Engagement Agreement, except to the extent caused by gross negligence or willful misconduct of any Indemnified Party.

32.    SSG believes that the indemnification provisions contained in the Engagement Agreement, as may be amended in the proposed order attached to the Application, are customary and reasonable for SSG and comparable firms providing financial advisory services, and as would be modified according to the foregoing limitations, reflect the qualifications and limitations on indemnification provisions that are customary in this District.

33.    Moreover, the terms and conditions of the indemnification provisions were negotiated by the Debtors and SSG at arm's length and in good faith.  The provisions contained in the Engagement Agreement, viewed in conjunction with the other terms of SSG's proposed retention, are reasonable and in the best interest of the Debtors, their estates, and all parties in interest in light of the fact that the Debtors require SSG's services to successfully consummate the a sale.  Accordingly, as part of the Application, the Debtors request that the Court approve the indemnification provisions as set forth in the Engagement Agreement, as may be amended by the proposed order attached to the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2026

/s/ Teresa C. Kohl
Teresa C. Kohl
Managing Director
SSG Advisors, LLC

11

## Exhibit 1

**Potential Parties in Interest**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**

Danskammer HoldCo LLC
Danskammer Intermediate Holdings LLC
Danskammer Holdings LLC
Danskammer Energy, LLC

**Officers, Directors, Supervisors, President, VP and Agents**

Thomas M. Gray                    Adam Emmert
Howard Taylor                     Danielle Hunt
Matthew Kahn                      Marc Blair

**Significant Financial Institutions (Including Administrative Agents and Lender)**

Agate Power, LLC                          Mercuria Investments US, Inc.
Amegy Bank of Texas                       Mercuria Energy America, Inc.
Blackrock                                 Mitsubishi Hitachi Power Systems Americas,
Cadence Bank                              Inc.
Danskammer Investments LLC                Strategic Ventures
Helios Power Capital                      Secured Commodity Hedge Provider
Icon Bank National Association            Tiger Infrastructure Partners LP
JPMorgan Chase Bank, N.A. – New York      The Orange County Funding Corporation
Keybank National Association              Western Alliance Bank

**Insurance Companies**

Allianz Global Risks US Insurance Co.     Liberty Mutual Insurance Company
Ascot Ins Co                              Lloyd's Syndicate No. 1609
Federal Insurance Company                 National Union Fire Ins Co of Pittsburgh
Great Northern Insurance Company          STARR IND &LIA
National Union Fire Ins Co of Pittsburgh  Travelers Excess and Surplus Lines Co
General Security Indemnity Co of Arizona  Underwriters at Lloyds

**Taxing Authorities**

Department of the Treasury Internal Revenue    New York State Department of Taxation and
Service Highway, NY                            Finance
Orange County, NY - Marlboro Central School    New York State Department of Taxation and
District                                       Finance
Orange County, NY - Marlboro Central School    Special District: Middlehope Fire District, NY
District Library                               Special District: Consolidated Water 1, NY
Orange County, NY - School Collection Fee      Special District: Consolidated Water 2, NY
Special District: Newburgh Ambulance, NY
Town of Newburgh, NY

## Utilities

Central Hudson Gas & Electric Cororation

Town of Newburgh Water & Sewer

Spectrum

International Satellite

LaMela Sanitation

## Contract Counterparties, Vendors and Other Parties in Interest

1000bulbs.com

A1 No Nonsence Pest Control

Aaron Environmental

Aca Environmental Services, Inc.

Aci Controls, Inc.

Acrisure LLC

Aden Aggregates

Adirondack Environmental Services Inc

Advance Auto Parts

Advance Testing Company, Inc.

Advanced Fluid Systems Inc

AED Superstore

AGL Welding Supply Co Inc

AGT Services Inc

Airgas USA LLC - Danskammer

Airgas Usa LLC (Hamakua)

Airgas Usa LLC 734671

Airgas Usa LLC 734672

Airgas Usa LLC- Crockett

Albany Valve & Fitting Co Inc

All Mechanical Services Inc

Amazon Capital Services

Amazon.com

American Electrical Testing Co., Inc.

American Lamp Recycling, LLC

Ametek Solidstate Controls

Anderson Medical PC

Aon Risk Services Northeast Inc

Applied Industrial Technologies Inc

Aquatic Informatics Inc

Aramsco, Inc

Arise Inc (BOH)

Arise Inc (Cadence)

Arxada, LLC

Asa Analysis & Communication Inc

Ascend Analytics LLC

Ashcrafts Lock and Door Hardware Co Inc

Ashley Mechanical, Inc.

Asplundh Electrical Testing LLC

Asplundh Engineering Associates PC

Associated Fire Protections

Atlas Security Services Inc

Atlas-SSI, Inc

Audie Koenig

Baker Hughes Holdings LLC

Balch & Bingham LLP (Amegy)

Balch & Bingham LLP (Cadence)

Barclay Damon LLP

BDO USA LLP

BDO USA PC

Beacon Graphics, LLC

Beacon Youth Football

Bergen Pipe Supports Inc

Bergen Pneumatic Tool Corp

Beronaldo Messias Silva

Black & Veatch Management Consulting LLC

Blood Hound LLC

Calca Solutions LLC

Callanan Industries Inc

Camfil USA Inc.

Cams New York LLC

Cams Texas - Payroll Account

Canon Financial Services Inc./14904

Catania, Mahon & Rider, PLLC

Cemservices, Inc.

Central Hudson Gas & Electric

Certrec Corporation

Charter Communications

Charter Communications Operating LLC

Chazen Engineering, Land Surveying

Chemtreat Inc

Cole Parmer Instrument Co. Inc.

Cole-Parmer Instrument Company

Comairco Equipment Inc

Computershare Trust Company, N.A.

Consolidated Asset Management

Consolidated Controls Inc

Control Associates, Inc.

Core Health Networks

Cornwall Management, LLC

2

| | |
|---|---|
| Corrosion Products Inc | Grainger 888286515 |
| Coyne Chemical | Graver Technologies, LLC |
| CSC | Greenberg Traurig LLP |
| CSX Transporation | Guidehouse, Inc. |
| CT Male Associates DPC | H. O. Penn Machinery Company, Inc. |
| Cullen and Dykman LLP | Hach Company |
| Customs Services and Solutions Inc | Hayes Pump, Inc. |
| D&B Service & Insulation Co., Inc. | Hector Martinez |
| Danskammer Holdco LLC | Hoffman International, Inc. |
| Datasite LLC | Howard Paden |
| Daymark Energy Advisors Inc | Hudson Energy Economics, LLC |
| Design Plastic Systems Inc | Hudson River Truck Equipment, Inc. |
| Dionezus Collado | Hudson Valley Steel Products, Inc. |
| Dival Safety Equipment Inc | Ice Trade Vault LLC |
| Djm Distribution & Supply, Inc. | Independent Power Producers |
| Dowser LLC | Industrial Analytics Corporation |
| Dude Solutions, Inc. | Industrial Hearing Testing |
| Dutchess Overhead Doors, Inc. | Integrity Assessment Group LLC |
| Edward B Hall | Integrity Mechanical Inc |
| Edward Smith | International Satellite Services, Inc. |
| Electric Motor & Supply, Inc. | Intralinks, Inc. |
| Electrolab, Inc. | Jan Garcia |
| Emaint Enterprises, LLC | Jarrett Mcclune |
| Enviro-Clean | Jason Rack |
| Environmental Labworks, Inc. | Jeffrey Diener |
| Environmental Resource Associates | Jeffrey Skura |
| Environmental Resources Management Inc | JKN Trucking, Inc |
| Environmental Waste Minimization, Inc. | John Berth |
| EPM Power & Water Solutions | John Cecilia |
| Eric Brandt | John Henderson |
| ERM Consulting and Engineering Inc | John M. Ellsworth Co., Inc. |
| ESAI Power LLC | Johnny Rocco's Auto Repair LLC |
| Eurofins Testoil Inc | K. Connelly Corp. |
| F.W. Webb | K/W Cross Connection Control LLC |
| Facilities Maintenance Corporation | Kevin Nagy |
| Fastenal Company (Danskammer) | Kevin Yates |
| Fastenal Company (Hamakua) | Key Bank NA |
| Fire Equipment, Inc | King & Spalding LLP |
| Fish Guidance Systems Limited | Kingsbury Inc |
| Fluid Flow Products Inc | Kone, Inc. |
| Frank D. Riggio Company, Inc. | KPMG LLP |
| Garrison Fire & Rescue Corporation | Krueger Transport LLC |
| GE Steam Power, Inc | Labella Associates, DPC |
| General Insulation Company | Lamela Sanitation Service, Inc. |
| Global Industrial | Liberty Sales and Distribution, LLC |
| Goodway Technologies Corp | Life Technologies Corporation |
| Grade Industrial Supply, LLC | Lowenstein Sandler LLP |
| Grainger 885992433 | Luke Cosh |

3

Luminary Energy LLC
M&M Control Services, Inc.
M&O Sanitation, Inc.
Mandy McNeil International Limited
Mannix Marketing Inc
Marine Maintenance & Construction Inc
Mark Vanetten
Marlboro Central School District
Marlboro-Milton Lions Club
Marsh USA LLC
Matthew Futrell
Maurice Sandoval
McMaster Carr (Cadance)
Mercuria Energy America LLC
MESA Products, Inc.
Michael Familetti
Michelle C Hook
Michelle Hook (Expenses Only)
Midway Industrial Supply
Miller Energy, Inc.
Miller Proctor Nickolas, Inc.
MMG Fire Equipment Inc
Mobile Life Support Services, Inc
Morrison Cohen LLP
MPW Industrial Water
New Penn Motor Express LLC
New Pig Corp
New York Independent System Operator, Inc.
New York League of Conservation
New York State Department of
New York State Department of Environmental
Conservation
New York State Dept of Environmental
Conservation
Newburgh Windustrial Supply Co
Northline Utilities
Nova Contracting Corp
NYS Commission on Ethics & Lobbying In
Government
NYS Department of Environmental
NYS Department of Environmental Conservation
Olori Crane Service Inc
Open Access Technology International Inc
Orange County Chamber of Commerce
Orange County Industrial Development Agency
Orange County Winsupply
Paoli Communications LLC
Paraco Gas Corporaion

Paradigm Environmental LLC
Peaker Services, Inc.
Pennsylvania Transformer Technology Inc
Perreca Electric Co., Inc.
Peter Johnsen
Politico, LLC
Polsinello Fuels, Inc.
Progressive Control Solutions Corp
Pro-Tech Scale Service, Inc.
Quality Elevator Inspection Inc
Quill LLC
Quincy Compressor LLC
Randy Cosh
Receiver of Taxes
Red Wing Shoe Store (Danskammer)
Reladyne Northeast LLC
Reladyne Reliability Services, Inc
Reliant CEM Services Inc
Richard Backofen
Richard Hunter
Ridge Enterprises
RITEC Enterprises Inc
River Valley Radio, Inc.
Rosemount Inc.
RSM US LLP
Safway Atlantic LLC
Scrub Masters Plus Corp
SCS Engineers
Sentry Equipment Corp
Sentry UV, Inc.
SEPS Inc
Seton
Seton Identification #028
Sherwoods Power Equipment Inc
Shrier Martin Process Equipment, Inc
Sidley Austin LLP
Siewert Equipment
Simpson Thacher and Bartlett LLP
SOS Xtreme Comfort
Spraying Systems Co
Steven Rack
Stilwell & Associates of the USA, Inc.
Suez WTS Services USA, Inc.  (418930)
Summit Toyota Lift
Superior Plus Propane
Support Power Inc
Sur Seal Inc
Surpass Chemical Co., Inc.

4

Susanne May
Swan Analytical USA Inc
Tara Plant Construction, Inc.
TFS Energy Futures LLC
The Business Council of Westchester
Thermo Orion, Inc.
Thielsch Engineering Inc
Thomas M. Gray
Thomas O. Miller & Co., Inc.
Thomas Scientific Holdings LLC
Thomas Scientific Inc
Tiger Infrastructure Partners LP
Tilcon New York, Inc.
Time Warner Cable (Danskammer)
Total Temperature Instruments Inc.
Town of Newburgh Compliance Dept
Town of Newburgh EMS
Town of Newburgh Permit Fee
Trane US Inc
Transcat, Inc. (Danskammer)
TRC
TRC Lockbox
Tri Environmental, Inc
Trinity Consultants, Inc.
Troy Industrial Solutions
Turtle & Hughes Inc
Uline
Ulster Uniform Service, Inc.

Ultra Electronics Ocean Systems Inc
Unifirst Corporation
United Refrigeration Inc
United Rentals (NA) Inc (Cadence)
United Rentals (North America) Inc100711
United Sewer & Drain Service Corp
Universal Metal Fabricators, Inc.
UPS (Amegy)
UPS (Boh)
UPS (Cadence)
Valley Courier and Delivery Service, Inc.
Velocityehs
Veolia WTS Services USA Inc
Veolia WTS USA Inc
Verdonck Partners LLC
Verizon 15124
Verizon Wireless - Danskammer
Water Quality Management, Inc.
Watershed Geosynthetics LLC
Weeds, Inc.
Westchester Automated Gate LLC
White's Hudson River Marina Inc
Winsupply Commercial Charge
WT&A Energy Group LLC
Yellow
Zenaida Tonkin
Zinter Handling, Inc.

## Regulatory Agencies (e.g., Federal & Local Industry Regulators, Federal & Local Environmental Regulators)

Environmental Protection Agency
Federal Communications Commission
Federal Energy Regulatory Commission
North American Electric Reliability Corporation
Northeast Power Coordinating Council
New York - Department of Environmental Protection
New York Independent System Operator

New York Department of Environmental Conservation
New York Department of Labor - OES
New York State Public Service Commission
N.Y.S. Department of State, Division of Corporations and State Records
SCS Engineers – Environmental Consultants & Contractors

## Attorneys, Professionals and Investment Bankers

Landis Rath & Cobb LLP
Epiq Corporate Restructuring, LLC

SSG Capital Advisors, LLC

5

**United States Trustee, Judges and Court Contacts for the District of Delaware**

**US Trustee and Staff:**

| | |
|---|---|
| Benjamin Hackman | Jane Leamy |
| Christine Green | Jonathan Lipshie |
| Dion Wynn | Jonathan Nyaku |
| Edith Serrano | Joseph McMahon |
| Elizabeth Thomas | Lauren Attix |
| Hannah McCollum | Linda Casey |
| Hawa Konde | Michael Girello |
| Holly Dice | Nyanquoi Jones |
| James O'Malley | Shakima Dortch |

**Judges, Clerk of the Court and Staff:**

| | |
|---|---|
| Honorable Brendan L. Shannon | Danielle Gadson |
| Honorable Craig T. Goldblatt | Demitra Yeager |
| Honorable J. Kate Stickles | Jill Walker |
| Honorable John T. Dorsey | Laura Haney |
| Honorable Karen B. Owens | Laurie Capp |
| Honorable Laurie S. Silverstein | Lora Johnson |
| Honorable Mary F. Walrath | Marquietta Lopez |
| Honorable Thomas M. Horan | Nickita Barksdale |
| Al Lugano | Nikki Washington |
| Amanda Hrycak | Paula Subda |
| Cacia Batts | Rachel Bello |
| Claire Brady | Stephen Grant |

6

**<u>Exhibit 2</u>**

**SSG's Connections with Potential Parties in Interest**

1. SSG has worked with Landis Rath & Cobb LLP, counsel to the Debtors, in other unrelated matters.

2. SSG has worked with Matthew Kahn, Independent Director to the Debtors, in other unrelated matters.

3. SSG has worked with Epiq Corporate Restructuring, LLC, claims and noticing agent for the Debtors, in other unrelated matters.