**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*, | Case No. 26-10950 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING THE NEW YORK INDEPENDENT SYSTEM OPERATOR, INC.'S
MOTION FOR RELIEF FROM STAY TO EFFECTUATE A SETOFF**

Upon consideration of the motion (the "***Motion***")[2] of the New York Independent System Operator, Inc. (the "***NYISO***") for entry of an order granting relief from the automatic stay to permit setoff and netting of the Penalty against the Held Funds, which funds represents prepetition amounts otherwise payable to Danskammer Energy, LLC ("***Danskammer***"); and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having reviewed the Motion and the record therein; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

2.      The automatic stay is modified to permit the NYISO to effectuate setoff and related netting of the Penalty against the Held Funds currently on provisional administrative hold.  For the avoidance of doubt, the NYISO may remove the provisional administrative hold with respect to the Held Funds and may immediately apply the Held Funds in an exercise of the setoff and related netting rights of the NYISO, and as authorized by this Order, to reduce the Penalty.

3.      The Held Funds do not include amounts attributable to postpetition energy sales, and nothing in this Order authorizes setoff with respect to such postpetition amounts.

4.      The fourteen-day stay otherwise imposed by Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be effective and enforceable immediately upon entry.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.