**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*, | Case No. 26-10950 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF THE NEW YORK INDEPENDENT SYSTEM OPERATOR, INC.'S**
**MOTION FOR RELIEF FROM STAY TO EFFECTUATE A SETOFF**

TO: (A) COUNSEL FOR THE DEBTORS; AND (B) COUNSEL FOR THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE:

**PLEASE TAKE NOTICE** that, the New York Independent System Operator, Inc. (the "***NYISO***") has filed the *The New York Independent System Operator, Inc.'s Motion for Relief from Stay to Effectuate a Setoff* (the "***Motion***"), which seeks the following relief: entry of an order granting relief from the automatic stay to permit the NYISO to effectuate a setoff.

**HEARING ON THE MOTION WILL BE HELD ON** August 20, 2026 at 10:30 am before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

At the same time, you must also serve a copy of the response upon NYISO's attorneys:

**GELLERT, SEITZ, BUSENKELL & BROWN, LLC**
Michael Busenkell (Delaware Bar No. 3933)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

-and-

**HUNTON ANDREWS KURTH LLP**
Jason W. Harbour (Delaware Bar No. 4176)
Jennifer E. Wuebker
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Email: jharbour@hunton.com
jwuebker@hunton.com

-and-

**DUNCAN LAW PS**
Bradley Duncan
 P.O. Box 1620
Coupeville, WA  98239
Telephone: (206) 305-4907
Email: bduncan@bduncanlaw.com

*Counsel for the New York Independent System Operator, Inc.*

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY

GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR

HEARING.

Dated: July 10, 2026                Respectfully submitted,

*/s/  Michael Busenkell*
**GELLERT, SEITZ, BUSENKELL & BROWN, LLC**
Michael Busenkell (Delaware Bar No. 3933)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

-and-

**HUNTON ANDREWS KURTH LLP**
Jason W. Harbour (Delaware Bar No. 4176)
Jennifer E. Wuebker
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Email: jharbour@hunton.com
       jwuebker@hunton.com

-and-

**DUNCAN LAW PS**
Bradley Duncan
 P.O. Box 1620
Coupeville, WA  98239
Telephone: (206) 305-4907
Email: bduncan@bduncanlaw.com

*Counsel for the New York Independent System Operator, Inc.*