## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that, on July 10, 2026, I caused a true and correct copy of the foregoing *The New York Independent System Operator, Inc.'s Motion for Relief from Stay to Effectuate a Setoff* to be filed and served via CM/ECF upon those parties registered to receive such electronic notifications.

Dated:  July 10, 2026                                 */s/ Michael G. Busenkell*
                                                             Michael G. Busenkell (No. 3933)