**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*[1] | Case No. 26-10950 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTES TO THE MONTHLY OPERATING REPORT

On June 10, 2026 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 18, 2026, the court entered an order [D.I. 20] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

The Debtors are filing their Monthly Operating Report ("MOR") solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP"). This MOR should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates. This MOR only contains financial information of the Debtors.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

The MORs are prepared on a consolidated basis for all the Debtors, except for Part 1, Cash Receipts and Disbursements, and Part 5, Professional Fees and Expenses.  For the avoidance of doubt, Parts 1 and 5 of the MORs are reported on an entity-by-entity basis.

The Debtors reserve all rights to amend or supplement this MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

In re: Danskammer HoldCo LLC, et al.

*Lead Case No: 26-10950 (KBO)*

*Statement of Operations for June 1 - 30, 2026 - (Unaudited)*

*Reporting Period: June 10 - June 30, 2026*

| USD Actuals | | |
|---|---|---:|
| Revenue | $ | 3,691,284 |
| **Total Income** | **$** | **3,691,284** |
| Operating Expenses | | (14,340,915) |
| General and Administrative | | (1,202,478) |
| **Total Operating Expenses** | **$** | **(15,543,393)** |
| **Operating Income (Loss)** | **$** | **(11,852,109)** |
| Other Income (Expense), net | | 10,739 |
| **Net Gain (Loss)** | **$** | **(11,841,370)** |

*Note: Statement of Operations reported for the entirety of June 2026 despite a shortened reporting period.*

In re: Danskammer HoldCo LLC, et al.

*Lead Case No: 26-10950 (KBO)*

**Balance Sheet as of June 30, 2026 - (Unaudited)**

*Reporting Period: June 10 - June 30, 2026*

| USD Actuals | | |
|---|---|---|
| **ASSETS** | | |
| Cash and Cash Equivalents | $ | 12,120,345 |
| Accounts Receivable, Net | | 5,077,264 |
| Prepaid Expenses | | 824,618 |
| **Total Current Assets** | **$** | **18,022,227** |
| Property and Equipment, Net | | 14,613,370 |
| Other Assets | | 5,095,501 |
| **Total Assets** | **$** | **37,731,097** |
| **LIABILITIES AND EQUITY** | | |
| Accounts Payable | | 3,188,235 |
| Other Current Liabilities | | 11,820,880 |
| Long-Term liabilities | | 18,852,430 |
| **Total Liabilities** | **$** | **33,861,545** |
| **Total Equity** | **$** | **3,869,552** |
| **Total Liabilities and Equity** | **$** | **37,731,097** |

In re: Danskammer HoldCo LLC, et al.

*Lead Case No: 26-10950 (KBO)*

*Statement of Cash Receipts & Disbursements for June 10 - 30, 2026 - (Unaudited)*

*Reporting Period: June 10 - June 30, 2026*

| USD Actuals | | |
|---|---|---|
| *Inflows* | | |
| Cash Receipts or Reimbursements | $ | 155,930 |
| **Total Inflows** | **$** | **155,930** |
| *Outflows* | | |
| Payroll & Payroll Related Disbursements | | (39,644) |
| Accounts Payable Related Disbursements | | (96,386) |
| Other Disbursements | | (503) |
| **Total Disbursements** | **$** | **(136,532)** |
| **Net Cash Flow** | **$** | **19,398** |
| **Beginning Cash - 06/11/2026** | **$** | **12,100,947** |
| **Ending Cash - 06/30/2026** | **$** | **12,120,345** |

In re: Danskammer HoldCo LLC, et al.

*Operating and Restructuring Account Cash Balances as of June 30, 2026 - (Unaudited)*

*Lead Case No: 26-10950 (KBO)*

*Reporting Period: June 10 - June 30, 2026*

| Bank | Entity | Account Name | | Balance Ending 06/30/2026 |
|---|---|---|---|---|
| ***Existing Accounts*** | | | | |
| Huntington Bank (f.k.a. Cadence Bank) | Danskammer Energy, LLC | Local Operating Account x8495 | $ | 813,087 |
| JP Morgan Chase | Danskammer Holdings LLC | Revenue Account x2810 | | 7,059,216 |
| JP Morgan Chase | Danskammer Holdings LLC | DEC Cash Collateral Account x2828 | | 4,148,869 |
| JP Morgan Chase | Danskammer Holdco LLC | Checking Account x1674 | | 90,242 |
| Western Alliance Bank (Bridge Bank) | Danskammer Holdco LLC | Operating Account x8848 | | 8,930 |
| **Total Cash In Accounts** | | | $ | **12,120,345** |

In re: Danskammer HoldCo LLC, et al.

*Lead Case No: 26-10950 (KBO)*

***Schedule of Intercompany Transactions for June 10 - 30, 2026 - (Unaudited)***

*Reporting Period: June 10 - June 30, 2026*

| Originating Entity | | Transferred Amount |
|---|---|---|
| ***Danskammer Holdings LLC*** | | |
| To Danskammer Holdco LLC | $ | 87,159 |
| ***Danskammer Holdings LLC*** | | |
| To Danskammer Energy LLC | | 500,001 |
| **Total Intercompany Transactions** | $ | **587,160** |

### Notes

The above schedule does not report a transaction if it was made between banking providers within the same entity.

The above also does not report any offsetting transactions by the receiving entity.

The intercompany transfer from Danskammer Holdings LLC to Danskammer Holdco LLC is to fund adequate assurance to utility providers.

In re: Danskammer HoldCo LLC, et al.                              *Lead Case No: 26-10950 (KBO)*
**Bank Statements and Reconciliations for the Reporting**        *Reporting Period: June 10 - June 30, 2026*
**Period**

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations, and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed as part of the month end close of each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| /s/ Thomas M. Gray | 08/3/2026 |
| Signature of Authorized Individual | Date |
| | |
| Thomas M. Gray | President and Chief Financial Officer |
| Printed Name | Title of Authorized Individual |

In re: Danskammer HoldCo LLC, et al.                       *Lead Case No: 26-10950 (KBO)*
***Description of Assets Sold or Transferred and the Terms***   *Reporting Period: June 10 - June 30, 2026*
***of the Sale or Transfer for the Reporting Period***

The Debtors did not sell or transfer any assets during the Reporting Period.

| | |
|---|---|
| /s/ Thomas M. Gray | 08/3/2026 |
| Signature of Authorized Individual | Date |
| | |
| Thomas M. Gray | President and Chief Financial Officer |
| Printed Name | Title of Authorized Individual |