**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DANSKAMMER HOLDCO LLC, *et al.*[1] | Case No. 26-10950 (KBO) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

**GLOBAL NOTES AND DISCLAIMERS**

These Global Notes and Disclaimers (the "Global Notes") regarding the Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with Schedules, the "Schedules and Statements") for Danskammer HoldCo LLC and its three (3) affiliates set forth in footnote one herein (each a "Debtor" and collectively, the "Debtors") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1. ***Description of Cases***. On June 10, 2026 (the "Petition Date"), the Debtors filed voluntary petitions with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 11 of title 11, United States Code 11 U.S.C. §§ 101, *et seq.* (as amended or modified, the "Bankruptcy Code") under case numbers 26-10950 (KBO), 26-10952 (KBO), 26-10953 (KBO), and 26-10954 (KBO) (collectively, the "Chapter 11 Cases"), and orders for relief were entered by the Bankruptcy Court. The Chapter 11 Cases have been consolidated for the purpose of joint administration only under case number 26-10950 (KBO). The Debtors currently are operating their business as debtors-in-possession under the Bankruptcy Code.

   On June 17, 2026, the Debtors filed the *Declaration of Thomas M. Gray in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [D.I. 12-1] (the "First Day Declaration"), which provides information regarding the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' business and capital structure.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Danskammer HoldCo LLC (6789), Danskammer Intermediate Holdings LLC (3429), Danskammer Holdings LLC (4480), and Danskammer Energy, LLC (6403). The Debtors' corporate headquarters and the mailing address is 590 Madison Avenue, 41st Floor, New York, NY 10022.

[2] Except where otherwise indicated, capitalized terms used but not defined in these Global Notes have the meanings ascribed to them in the First Day Declaration.

#25003770v1

2.   ***General Reservation of Rights***.  The Schedules and Statements have been prepared by the Debtors' management and are unaudited.  While the Debtors' management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes to the financial data contained in the Schedules and Statements, and inadvertent errors or omissions may exist.  To the extent the Debtors discover a material error or omission, or become aware of additional information that may suggest a material difference, the Debtors will amend the applicable Schedules or Statements to reflect such changes.  Accordingly, the Debtors do not make any representations or warranties as to the completeness or accuracy of the information set forth herein and reserve all rights to amend the Schedules or Statements as may be necessary or appropriate.

Exclusion of any asset should not be construed as an admission that such property rights have been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

3.   ***Basis of Presentation***. Given the differences between the information requested in the Schedules and Statements and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.  Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Schedules and Statements have been signed by Thomas M. Gray, the Debtors' President and Chief Financial Officer.  Mr. Gray is an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Gray has relied upon the efforts, statements and representations of various personnel of the Debtors and their professionals. Mr. Gray has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

Where the Schedules require revenue, income, or other profit-and-loss figures, such amounts are reported on a full-month (month-end) basis for June 2026 rather than split between pre- and post-petition periods (i.e., before and after the June 10, 2026 Petition Date), due to limitations of the Debtors' accounting system in producing petition-date-specific outputs.

***Reporting Date***. Where the Schedules require revenue, income, or other profit-and-loss figures, such amounts are reported on a full-month (month-end) basis for June 2026 rather than split between pre- and post-petition periods (*i.e.*, before and after the Petition Date),

2

due to limitations of the Debtors' accounting system in producing petition-date-specific outputs. Values reported for the Debtors' inventory, office furniture, office equipment, and real property are stated as of June 30, 2026 (month-end), rather than as of the June 10, 2026 Petition Date, due to the same accounting-system limitations.

Subject to the foregoing and, unless otherwise indicated, all amounts are listed as of the Petition Date or as of the latest available record date prior to the Petition Date.

4.    *Fiscal Year*.  The Debtors report fiscal year results of operations on the calendar year.

5.    *Currency.*  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

6.    *Payments.* Prior to the Petition Date, the Debtors maintained a consolidated cash management system in the ordinary course of business.  To the extent that the Debtors were able to report information on an unconsolidated basis, the Schedules reflect such information.  The Debtors reserve the right to modify or amend their Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

7.    *Current Values*. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date.  Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.  The amounts represented in the Schedules and Statements are totals of all known amounts. When necessary, the Debtors have indicated that the value of certain assets is "Unknown."  To the extent that any assets have been identified as having an "Unknown" value, the actual total may be different from the total listed in the Schedules and Statements.

8.    *Estimates*. To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses as of the Petition Date.  The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

9.    *Liabilities*. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information from research that was conducted in connection with the preparation of the Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors also reserve the right to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available and amend the Schedules without notice as applicable.

Some of the scheduled liabilities are unknown and unliquidated at this time.  In such cases, the amounts are listed as "Unknown."  Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

#25003770v1

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claims.

10.    ***Excluded Assets and Liabilities***.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, such as tax accruals, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected.  In addition, other immaterial assets and liabilities may also have been excluded.

11.    ***Entity Classification Issues***.  The Debtors have endeavored in good faith to identify the assets owned by each Debtor and the liabilities owed by each Debtor.  While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors to precisely assign assets and liabilities to particular Debtor entities, including, but not limited to: (a) certain assets may be primarily used by a Debtor other than the entity which holds title to such assets according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses and (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor.

12.    ***Intellectual Property Rights***.  The Debtors historically (and in the Schedules and Statements) report the value of certain assets, such as intellectual property, on their books and records in their entirety as opposed to on an individual asset-by-asset basis.  It would be prohibitively expensive and unduly burdensome for the Debtors to obtain individual valuations for each intellectual property right.  Accordingly, the Debtors have not identified individual values for each of their intellectual property assets.  In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

13.    ***Claims Description***.  Any failure to designate a claim listed in the Schedules as disputed, contingent or unliquidated does not constitute an admission by the Debtors that such

4

amount is not disputed, contingent or unliquidated. The Debtors reserve all of their rights with respect to the claims listed in the Schedules or Statements, including, without limitation, the right to assert offsets or defenses to any claim reflected on the Schedules or Statements, or to further amend the Schedules or Statements to (i) dispute any claim on any basis, including, without limitation, as to amount, liability or classification or (ii) designate any claim as disputed, contingent or unliquidated.

14. ***Credits and Adjustments***. The claims of creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and do not reflect credits, rebates, refunds, or allowances that may be due from such creditors to the Debtors. The Debtors reserve all of their rights regarding any and all such credits, rebates, refunds, and allowances.

15. ***Classifications***. The Debtors have sought to discover and properly classify all claims and interests in the Chapter 11 Cases, and to list all claims and interests against their estates accurately and completely. The Schedules or Statements should not be considered the final determination of the Debtors' assets and liabilities, but rather the Debtors' current compilation of such information as of the Petition Date based on their investigations to date.

In certain circumstances, the Debtors have not included the date claims were incurred as such information is not readily available and it would be prohibitively expensive and burdensome to determine such dates.

16. ***Causes of Action***. Despite the Debtors' reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Claims or causes of action (including avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other applicable non-bankruptcy law to recover assets), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17. ***Court Orders***. By separate orders of the Bankruptcy Court entered in these Chapter 11 Cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of critical vendors, insurance carriers and taxing authorities. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. The Debtors have

#25003770v1

attempted to list on their Schedules all such known amounts outstanding as of the Petition Date.

Additionally, by order of the Bankruptcy Court, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims related to employees have been or may be paid under this authority. The prepetition liabilities related to ordinary course wages and compensation that have been paid postpetition to employees have been excluded from the Schedules.

18.    *Insiders*. In the circumstances where the Schedules or Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtors' (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control). The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

19.    *Property and Equipment*. Unless otherwise noted therein, the Schedules and Statements reflect the net book value of the liabilities as listed in the Debtors' books and records; however, particularly with respect to furniture, fixtures and equipment, the Debtors believe the actual value may be substantially lower. Where known, accumulated depreciation of assets has been accounted for.

20.    *Setoffs*. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors or inchoate statutory lien rights.

21.    *Reservations*. Neither the Debtors, their agents, their employees, nor their attorneys or advisors guarantee or warrant the accuracy, the completeness or correctness of the data that is provided herein or in the Schedules and Statements, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors

6

or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

22.    **Global Notes Control**.  In the event that the Schedules and Statements differ from the Global Notes, these Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules and Statement**

1.    *Schedule A/B 55.*  The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

2.    *Schedule D*.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of the other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements, commitments, and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated herein, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

3.    *Schedule E/F*.  The Debtors have included various governmental agencies on Schedule E/F-1 out of an abundance of caution whose obligation may not be "taxes" pursuant to the applicable law.  The Debtors reserve all rights to dispute or challenge that these claims are not taxes and are not subject to priority under the Bankruptcy Code.

Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts, however, are reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected.

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Although reasonable

efforts have been made to identify the date of incurrence of each claim, determination of the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

4.    *Schedule G*.   Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred.   The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other document, instruments and agreements which may not be listed therein.  Also, Schedule G is intended to contain all of the Debtors' contracts and agreements as of the Petition Date.  It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date.  The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

The Debtors may have entered into various other types of agreements in the ordinary course of business, such as easements, rights of way, subordinations, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents also are not set forth in Schedule G.

While identifying the contracts on Schedule G, the Debtors have not necessarily set forth these contracts as assets in the Schedules and Statements, even though these contracts may have some value to the Debtors' estates.

5.    *Statement 2*. Danskammer HoldCo LLC recognized cancellation of debt income ("CODI") of $4,329,054.00 and Danskammer Holdings LLC recognized CODI of $46,823,560.00 in 2025 in connection with the non-cash extinguishment of debt. These non-cash, extraordinary amounts have been excluded from the gross revenue reported in Part 2, Question 2. The Debtors incurred tax obligations attributable to such CODI.

6.    *Statement 3*. Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders (included in Statement 4), employee payroll and expense reimbursements and interbank transfers done as part of the Debtors' cash management system.  In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

7.    *Statement 4 and 30*.  For purposes of Statement 4 and 30, all payments made on behalf of each of the Debtors to insiders were made through the Debtors' consolidated cash management system and paid by one Debtor, even though some of the payments may have been to or for the benefit of one or more other Debtors.  As such, the payments made to insiders in connection with such insider's services to each Debtor have not been expressly allocated among the Debtors.

8

Further, for purposes of Statement 4 and 30, amounts reflected for Thomas Gray are presented net of applicable taxes and deductions.

8.      *Statement 7.*  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliates of the Debtors are an appropriate party to such actions or proceedings.  The Debtors have not included on Statement 7 parties that may have asserted informal claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.  Additionally, to the extent that events occurred prior to the Petition Date, but any lawsuit or administrative proceeding related thereto was filed after the Petition Date, such suits or proceedings may not be listed in Statement 7.

9.      *Statement 11*.  For purposes of Statement 11, all payments made on behalf of each of the Debtors for consultation concerning relief under the bankruptcy laws or preparation of a petition in bankruptcy within one (1) year immediately preceding the commencement of these Chapter 11 Cases, were made through the Debtors' consolidated cash management system and paid through Danskammer Holdings LLC.  As such, the costs of these services on behalf of each Debtor have not been expressly allocated among the Debtors and, instead, have been listed in Statement question 11 for Danskammer Holdings LLC.

10.     *Statement 26d*.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing. Moreover, the parties with which the Debtors have shared such financial statements may have in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

#25003770v1

**Fill in this information to identify the case:**

Debtor name   Danskammer Energy, LLC

United States Bankruptcy Court for the: District of Delaware

(State)

Case number (If known):   26-10954

❏ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ | $5,497,727.25 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... | $5,497,727.25 |

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. | $0.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. | $764,039.19 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................... | **+** $12,404,257.18 |

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b | $13,168,296.37 |

**Fill in this information to identify the case:**

Debtor name   DANSKAMMER ENERGY, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known):   26-10954

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand**

**NONE**

| 3.   **Checking, savings, money market, or financial brokerage account** *(Identify all)* | | | Current value of debtor's interest |
|---|---|---|---|
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1   CADENCE BANK | BUSINESS ANALYZED CHECKING | 6 5 0 0 | $300,226.68 |

| 4.   **Other cash equivalents** *(Identify all)* | Current value of debtor's interest |
|---|---|
| **NONE** | |

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$300,226.68

Debtor     DANSKAMMER ENERGY, LLC                                    Case number (if known)    26-10954
                  (name)

## Part 2:     Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| **7.   Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1   NYISO COLLATERAL DEPOSIT | $120,236.68 |

| | **Current value of debtor's interest** |
|---|---|
| **8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| **NONE** | |

**9.   Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

$120,236.68

## Part 3:     Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| **11.   Accounts receivable** | | | |
| 11.1   FACE AMOUNT - 90 DAYS OR LESS | $5,077,264 <br> face amount | − UNKNOWN <br> doubtful or uncollectible accounts = ........ → | $5,077,263.89 |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$5,077,263.89

Debtor    DANSKAMMER ENERGY, LLC
　　　　　(name)
Case number (if known)    26-10954

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | **NONE** | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity:　　　　　　　　　　　% of ownership: | | |
| | **NONE** | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| | **NONE** | | |

| | | |
|---|---|---|
| **17.** | **Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | $0.00 |

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **NONE** | | | | |

Debtor   DANSKAMMER ENERGY, LLC   Case number (if known)   26-10954
    (name)

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20. Work in progress** | | | | |
| NONE | | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21. Finished goods, including goods held for resale** | | | | |
| NONE | | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22. Other inventory or supplies** | | | | |
| 22.1  SPARE PARTS | 6/30/2026 | $3,596,649.12 | NET BOOK VALUE | UNKNOWN |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** Is any of the property listed in Part 5 perishable?

☑ No ☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No ☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No ☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| NONE | | | |

Debtor  DANSKAMMER ENERGY, LLC                                         Case number (if known)   26-10954
              (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**29.**  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   **NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**30.**  **Farm machinery and equipment** (Other than titled motor vehicles)

   **NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**31.**  **Farm and fishing supplies, chemicals, and feed**

   **NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**32.**  **Other farming and fishing-related property not already listed in Part 6**

   **NONE**

**33.**  **Total of Part 6.**                                                                                                                    $0.00
   Add lines 28 through 32. Copy the total to line 85.

**34.**  Is the debtor a member of an agricultural cooperative?

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No          ☐ Yes

**35.**  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

   ☑ No          ☐ Yes      Book value _____      Valuation method _____      Current value _____

**36.**  Is a depreciation schedule available for any of the property listed in Part 6?

   ☑ No          ☐ Yes

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                Page 5 of 12

Debtor    DANSKAMMER ENERGY, LLC                                      Case number (if known)    26-10954
              (name)

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No        ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  MISC. CHAIRS & DESKS | $0.00 | N/A | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40. Office fixtures** | | | |
| NONE | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  MISC. OFFICE COMPUTERS | $0.00 | N/A | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. Collectibles** | | | |

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

NONE

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☐ No        ☑ Yes

Debtor    DANSKAMMER ENERGY, LLC _____    Case number (if known)    26-10954 _____
            (name)

45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No        ☐ Yes      Book value _____     Valuation method _____     Current value _____

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   COMPANY VEHICLES: 2020 DODGE DURANGO - OWNED 2019 FORD F350 - OWNED 2007 DODGE 1500 - OWNED | $0.00 | NET BOOK VALUE | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|    NONE | | | |

**49.    Aircraft and accessories**

   NONE

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   BACKHOE | $4,359.31 | NET BOOK VALUE | UNKNOWN |
| 50.2   BOILER | $0.00 | NET BOOK VALUE | UNKNOWN |
| 50.3   OTHER PP&E | $0.00 | NET BOOK VALUE | UNKNOWN |
| 50.4   STEAM TANK/BLOW | $0.00 | NET BOOK VALUE | UNKNOWN |
| 50.5   TRANSFORMERS | $14,919.08 | NET BOOK VALUE | UNKNOWN |
| 50.6   TURBINES/GENERATORS | $0.00 | NET BOOK VALUE | UNKNOWN |

**51.    Total of Part 8.**
Add lines 46 through 50. Copy the total to line 87.

$0.00

Debtor ___DANSKAMMER ENERGY, LLC_____ Case number (if known) ___26-10954_____
              (name)

52. Has any of the property listed in Part 8 been a subject of a depreciation schedule within the last year?

☐ No    ☑ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No    ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55. Real property** | | | | |
| 55.1 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-66.1, 20.4 ACRES. SBL IS WOODED, UNDEVELOPED. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $982,765.49 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.2 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-74, 4.9 ACRES. SBL IS WOODED, UNDEVELOPED. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $236,056.42 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.3 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-75.212, 24.9 ACRES. SBL IS USED FOR COAL ASH SOLID WASTE MANAGEMENT FACILITY. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $1,199,551.99 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.4 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-75.22, 24.1 ACRES. SBL IS USED FOR COAL ASH SOLID WASTE MANAGEMENT FACILITY. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $1,161,012.17 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.5 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-75.3, 22.3 ACRES. SBL IS USED FOR COAL ASH SOLID WASTE MANAGEMENT FACILITY LEACHATE CATCHMENT PONDS, FORMER REMEDIATED RESERVE COAL PILE AREA AND PARTIALLY WOODED. ALSO INCLUDES UNDERGROUND GAS. | OWNER, TITLE HOLDER | $1,074,297.57 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.6 994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-75.42, 31 ACRES. SBL IS MOSTLY WOODED, ALSO INCLUDES UNDERGROUND GAS TRANSMISSION LINE AND OVERHEAD HIGH VOLTAGE TRANSMISSION LINES PER RIGHTS OF WAY WITH CENTRAL HUDSON GAS & ELECTRIC. ABUTS TO COAL ASH SOLID WASTE MANAGEMENT FACILITY LEACHATE CATCHMENT PONDS. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $1,493,418.14 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |

Debtor    DANSKAMMER ENERGY, LLC                                    Case number (if known)    26-10954
                (name)

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Real property** | | | | |
| 55.7    994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-76, 1.2 ACRES. SBL IS A SMALL STRIP OF LAND THAT SITS ADJACENT TO LEACHATE RESERVE CATCHMENT POND, CSL RAIL LINE AND FORMER REMEDIATE RESERVE COAL PILE AREA. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $57,809.73 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.8    994 RIVER ROAD, NEWBURGH, NY 12550 - SECTION-BLOCK-LOT 8-1-80, 0 ACRES. SBL IS THE FOOTING OF THE OLD DANSKAMMER LIGHTHOUSE; NEGLIGENT. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $0.00 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.9    994 RIVER ROAD, NEWBURGH, NY 12550: SECTION-BLOCK-LOT 8-1-78-2-1, 52 ACRES. SBL ON WHICH THE DANSKAMMER GENERATION FACILITY AND VARIOUS OTHER STRUCTURES ARE LOCATED. ALSO LOCATION OF FORMER REMEDIATED ACTIVE COAL PILE AREA. PROPERTY IS UNDER RCRA. | OWNER, TITLE HOLDER | $2,505,088.50 | VALUE REFLECTS PROPORTION OF TOTAL LAND BOOK VALUE BY ACREAGE | UNKNOWN |
| 55.10  SITE BUILDING | OWNER, TITLE HOLDER | $1,151,934.68 | NET BOOK VALUE | UNKNOWN |

**56.**  **Total of Part 9.**                                                                                                        $0.00
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.**  Is a depreciation schedule available for any of the property listed in Part 9?

     ☐ No        ☑ Yes

**58.**  Has any of the property listed in Part 9 been appraised by a professional within the last year?

     ☑ No        ☐ Yes

**Part 10:   Intangibles and intellectual property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

Debtor ___DANSKAMMER ENERGY, LLC_____  Case number (if known) ___26-10954_____
                (name)

**60.      Patents, copyrights, trademarks, and trade secrets**

    **NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.   Internet domain names and websites** | | | |
| 61.1   INTERNET DOMAIN AND WEBSITE: WWW.DANSKAMMERENERGY.COM | UNKOWN | N/A | UNKOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.   Licenses, franchises, and royalties** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.   Other intangibles, or intellectual property** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.   Goodwill** | | | |
| **NONE** | | | |

**66.   Total of Part 10.**                                                                                           $0.00
Add lines 60 through 65. Copy the total to line 89.

Debtor     DANSKAMMER ENERGY, LLC                                    Case number (if known)    26-10954
           (name)

---

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

     ☑ No          ☐ Yes

---

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?

     ☑ No          ☐ Yes

---

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?

     ☑ No          ☐ Yes

---

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.  Notes receivable**<br>Description (include name of obligor)<br><br>**NONE** | |
| **72.  Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br><br>**NONE** | **Current value of debtor's interest** |
| **73.  Interests in insurance policies or annuities**<br><br>**NONE** | **Current value of debtor's interest** |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>**NONE** | **Current value of debtor's interest** |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>**NONE** | **Current value of debtor's interest** |

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          Page 11 of 12

Debtor    DANSKAMMER ENERGY, LLC _____    Case number (if known)   26-10954 _____
                    (name)

| | | |
|---|---|---|
| **76.** | **Trusts, equitable or future interests in property** | **Current value of debtor's interest** |
| | NONE | |

| | | |
|---|---|---|
| **77.** | **Other property of any kind not already listed**<br>*Examples:* Season tickets, country club membership | **Current value of debtor's interest** |
| 77.1 | CONSTRUCTION IN PROGRESS | UNKNOWN |

| | | |
|---|---|---|
| **78.** | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No        ☐ Yes

## Part 12:   Summary

| | Type of property | Current value of personal property | Current value of real property | |
|---|---|---|---|---|
| **80.** | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $300,226.68 | | |
| **81.** | Deposits and prepayments. *Copy line 9, Part 2.* | $120,236.68 | | |
| **82.** | Accounts receivable. *Copy line 12, Part 3.* | $5,077,263.89 | | |
| **83.** | Investments. *Copy line 17, Part 4.* | $0.00 | | |
| **84.** | Inventory. *Copy line 23, Part 5.* | $0.00 | | |
| **85.** | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | | |
| **86.** | Office furniture, fixtures, and equipment; and collectibles.<br>*Copy line 43, Part 7* | $0.00 | | |
| **87.** | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | | |
| **88.** | Real property. *Copy line 56, Part 9.*  → | | $0.00 | |
| **89.** | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | | |
| **90.** | All other assets. *Copy line 78, Part 11.* | $0.00 | | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. | $5,497,727.25 | **+**  91b. | $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 | | | | $5,497,727.25 |

**Fill in this information to identify the case:**

Debtor name   DANSKAMMER ENERGY, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known):   26-10954

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1**

| | | Column A | Column B |
|---|---|---|---|
| Creditor's name<br>MERCURIA ENERGY AMERICA LLC | Describe debtor's property that is subject to a lien<br>CASH HELD IN A BLOCKED ASSET CONTROL AGREEMENT BANKING ACCOUNT AT DANSKAMMER HOLDINGS LLC; THE JP MORGAN CHASE BANK ACCOUNT ENDING IN 2828. | **Amount of claim**<br>Do not deduct the value of collateral.<br>UNKNOWN | **Value of collateral** that supports this claim<br>$4,148,869.00 |

**Creditor's mailing address**
20 E GREENWAY PLAZA
SUITE 650
HOUSTON, TX 77046

**Creditor's email address, if known**
BBYSTROV@MERCURIA.COM

**Last 4 digits of account number**   2 8 2 8

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
MERCURIA ENERGY AMERICA LLC AND MERCURIA INVESTMENTS US LLC

**Describe the lien**
SECURED

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor    DANSKAMMER ENERGY, LLC _____    Case number (if known)   26-10954 _____
          (name)

**2.2**

| | | Column A | Column B |
|---|---|---|---|
| Creditor's name<br>MERCURIA INVESTMENTS US LLC | Describe debtor's property<br>that is subject to a lien | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral**<br>that supports this<br>claim |
| **Creditor's mailing address**<br>20 E GREENWAY PLAZA<br>SUITE 650<br>LEGAL DEPARTMENT<br>HOUSTON, TX 77046 | CASH HELD IN A BLOCKED ASSET<br>CONTROL AGREEMENT BANKING<br>ACCOUNT AT DANSKAMMER HOLDINGS<br>LLC; THE JP MORGAN CHASE BANK<br>ACCOUNT ENDING IN 2828. | UNKNOWN | $4,148,869.00 |

**Creditor's email address, if known**
BBYSTROV@MERCURIA.COM

**Last 4 digits of account
number**   2  8  2  8

**Do multiple creditors have an interest in the
same property?**
☐ No
☑ Yes. Have you already specified the relative
    priority?
    ☑ No. Specify each creditor, including this
        creditor, and its relative priority.
        MERCURIA ENERGY AMERICA LLC
        AND MERCURIA INVESTMENTS US
        LLC

**Describe the lien**
SECURED

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional**   $0.00
    **Page, if any**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1<br>did you enter the<br>related creditor? | Last 4 digits of<br>account number<br>for this entity |
|---|---|---|
| KING & SPALDING LLP<br>ATTN: BROOKE BEAN<br>1180 PEACHTREE STREET, NE SUITE 1600<br>ATLANTA, GA 30309 | 2.1 | |
| KING & SPALDING LLP<br>ATTN: MATTHEW KELSEY<br>1290 AVENUE OF THE AMERICAS 14TH FLOOR<br>NEW YORK, NY 10104 | 2.2 | |

**Fill in this information to identify the case:**

Debtor name   DANSKAMMER ENERGY, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known):   26-10954

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* **and on** *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)* **. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.1**

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| **Priority creditor's name and mailing address**<br>COMMISSIONER OF FINANCE - COUNTY OF ORANGE<br>COUNTY GOVERNMENT CENTER<br>255 MAIN STREET<br>GOSHEN, NY 10924-1698 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $764,039.19 | $764,039.19 |
| **Date or dates debt was incurred**<br>1/31/2026 | **Basis for the claim:**<br>JANUARY 2026 PROPERTY TAXES AND SPECIAL DISTRICTS | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)() | | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.1**

| | | **Amount of claim** |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address**<br>ADIRONDACK ENVIRONMENTAL SERVICES INC<br>314 N PEARL ST<br>ALBANY, NY 12207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $615.80 |
| **Date or dates debt was incurred**<br>6/9/2026 | **Basis for the claim:**<br>UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    DANSKAMMER ENERGY, LLC
            (name)
                                          Case number (if known)   26-10954

---

**3.2**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
| AIRGAS USA, LLC | *Check all that apply.* | |
| 6055 ROCKSIDE WOODS BLVD. | ☐ Contingent | $4,436.15 |
| INDEPENDENCE, OH 44131 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 6/4/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| 3 3 8 0 | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.3**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
| AMAZON CAPITAL SERVICES | *Check all that apply.* | |
| PO BOX 035184 | ☐ Contingent | $1,287.97 |
| SEATTLE, WA 98124-5184 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 6/8/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| J E V L | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.4**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
| ATLAS SECURITY SERVICES INC | *Check all that apply.* | |
| 2002 RT 17M | ☐ Contingent | $10,587.61 |
| GOSHEN, NY 10924 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 5/31/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.5**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
| CAMS NEW YORK LLC | *Check all that apply.* | |
| 910 LOUISIANA ST STE 2400 | ☐ Contingent | $134,876.92 |
| STE 2400 | ☐ Unliquidated | |
| HOUSTON, TX 77002 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 5/31/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

Debtor   DANSKAMMER ENERGY, LLC

(name)

Case number (if known)   26-10954

**3.6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| CAMS TEXAS, LLC | |
| 910 LOUISIANA ST | $58,679.30 |
| STE 2400 | |
| HOUSTON, TX 77002 | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| CASTLETON COMMODITIES INTL LLC | |
| ATTN: GENERAL COUNSEL | $23,400.00 |
| 2200 ATLANTIC STREET | |
| SUITE 800 | |
| STAMFORD, CT 06902 | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| CENTRAL HUDSON GAS & ELECTRIC CORP | |
| 284 SOUTH AVENUE DEPT. 100 | $105,964.62 |
| POUGHKEEPSIE, NY 12601-4839 | |

**Date or dates debt was incurred**
5/31/2026

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**
5 7 7 6

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| DOWSER LLC | |
| 1 PEPSI WAY | $136.91 |
| NEWBURGH, NY 12550-3921 | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      DANSKAMMER ENERGY, LLC                                   Case number (if known)    26-10954
                (name)

**3.10**

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
ENVIRO-CLEAN
70 COY ROAD
CLINTONDALE, NY 12515

**Date or dates debt was incurred**
5/31/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNPAID INVOICE(S)

**Is the claim subject to offset?**
☑ No
☐ Yes

$356.82

**3.11**

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
ENVIRONMENTAL LABWORKS, INC.
1348 ROUTE 9W
MARLBORO, NY 12542

**Date or dates debt was incurred**
5/31/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNPAID INVOICE(S)

**Is the claim subject to offset?**
☑ No
☐ Yes

$560.00

**3.12**

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
FASTENAL COMPANY
2001 THEURER BLVD
WINONA, MN 55987

**Date or dates debt was incurred**
5/31/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNPAID INVOICE(S)

**Is the claim subject to offset?**
☑ No
☐ Yes

$455.45

**3.13**

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
LAMELA SANITATION SERVICE, INC.
1118 ROUTE 9W
MARLBORO, NY 12542

**Date or dates debt was incurred**
5/31/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNPAID INVOICE(S)

**Is the claim subject to offset?**
☑ No
☐ Yes

$461.25

Debtor    DANSKAMMER ENERGY, LLC
          (name)

Case number (if known)    26-10954

**3.14**

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
MCMASTER CARR (CADANCE)
600 N COUNTY LINE RD
ELMHURST, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$306.70

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**

**Amount of claim**

**Nonpriority creditor's name and mailing address**
NEW YORK INDEPENDENT SYSTEM
OPERATOR, INC.
10 KREY BOULEVARD
RENSSELAER, NY 12144

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$11,820,879.82

**Date or dates debt was incurred**

**Basis for the claim:**
ALLEGED SHORTFALL PENALTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**

**Amount of claim**

**Nonpriority creditor's name and mailing address**
NOVA CONTRACTING CORP.
C/O DANSKAMMER ENERGY
994 RIVER ROAD
NEWBURGH, NY 12550

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,156.00

**Date or dates debt was incurred**
6/5/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17**

**Amount of claim**

**Nonpriority creditor's name and mailing address**
PAOLI COMMUNICATIONS LLC
256 DERBY ROAD
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,243.90

**Date or dates debt was incurred**
6/8/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    DANSKAMMER ENERGY, LLC
_____ (name) _____    Case number (if known)    26-10954

**3.18**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
| QUILL LLC | *Check all that apply.* | |
| 500 STAPLES DRIVE | ☐ Contingent | $44.30 |
| FRAMINGHAM, MA 01702 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 5/31/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.19**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
| RELIANT CEM SERVICES INC | *Check all that apply.* | |
| 630 WYNDHURST DRIVE | ☐ Contingent | $4,180.50 |
| SUITE 6 | ☐ Unliquidated | |
| LYNCHBURG, VA 24502 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 5/31/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.20**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
| SCRUB MASTERS PLUS CORP | *Check all that apply.* | |
| 100 AARON COURT | ☐ Contingent | $6,120.96 |
| KINGSTON, NY 12401 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 5/31/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.21**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
| SUR SEAL INC | *Check all that apply.* | |
| 12 EDGEBORO RD. | ☐ Contingent | $1,140.00 |
| UNIT 6 | ☐ Unliquidated | |
| EAST BRUNSWICK, NJ 08816 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| 6/9/2026 | **Basis for the claim:** | |
| | UNPAID INVOICE(S) | |
| **Last 4 digits of account number** | | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

Debtor    DANSKAMMER ENERGY, LLC          Case number (if known)    26-10954
          (name)

**3.22**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| THOMAS O. MILLER & CO., INC. | |
| 20 RIVERVIEW DR. | $946.47 |
| MARLBORO, NY 12542-5310 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| TOWN OF NEWBURGH | |
| ATTENTION: TOWN SUPERVISOR | $204,109.59 |
| 1496 ROUTE 300 | |
| NEWBURGH, NY 12550 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/31/2026

**Basis for the claim:**
COMMUNITY BENEFIT AGREEMENT CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| TURTLE & HUGHES INC | |
| 100 WALNUT AVE | $5,560.14 |
| CLARK, NJ 07066 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| WATER QUALITY MANAGEMENT, INC. | |
| P.O. BOX 733 | $1,750.00 |
| MARLBORO, NY 12542 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/31/2026

**Basis for the claim:**
UNPAID INVOICE(S)

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    DANSKAMMER ENERGY, LLC    Case number (if known)    26-10954
          (name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

**5a.** Total claims from Part 1    5a.    $764,039.19

**5b.** Total claims from Part 2    5b.    $12,404,257.18

**5c.** Total of Parts 1 and 2    5c.    $13,168,296.37
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   <u>DANSKAMMER ENERGY, LLC</u>

United States Bankruptcy Court for the:   <u>DISTRICT OF DELAWARE</u>

Case number (If known):   <u>26-10954</u>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT - QUOTE #00023244 | AQUATIC INFORMATICS INC<br>5600 LINDBERGH DR<br>LOVELAND, CO 80538 |
| **State the term remaining** | 2 MONTHS | |
| **List the contract number of any government contract** | | |
| **2.2** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY SERVICE AGREEMENT | ATLAS SECURITY SERVICES INC<br>ATTN VICE PRESIDENT<br>PO BOX 270<br>2002 RT 17M<br>GOSHEN, NY 10924 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.3** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT - SALES AGREEMENT | CALCA SOLUTIONS LLC<br>960 I-10 SERVICE RD<br>WESTLAKE, LA 70669 |
| **State the term remaining** | 3 MONTHS | |
| **List the contract number of any government contract** | | |

Debtor ___DANSKAMMER ENERGY, LLC_____    Case number (if known) ___26-10954_____
 (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4** | |
| State what the contract or lease is for and the nature of the debtor's interest | ENERGY MANAGEMENT AGREEMENT AND ASSOCIATED CCI GUARANTEE, CREDIT SUPPORT ANNEX AND 2002 ISDA MASTER AGREEMENT | CASTLETON COMMODITIES ENERGY SVCS LLC 2200 ATLANTIC STREET, SUITE #800 STAMFORD, CT 06902-6834 |
| State the term remaining | 18 MONTHS | |
| List the contract number of any government contract | | |
| **2.5** | |
| State what the contract or lease is for and the nature of the debtor's interest | FUEL TRANSPORT AGREEMENT – SERVICE CLASSIFICATION 14 | CENTRAL HUDSON GAS & ELECTRIC CORP 284 SOUTH AVE POUGHKEEPSIE, NY 12601-4839 |
| State the term remaining | 2.7 MONTHS | |
| List the contract number of any government contract | | |
| **2.6** | |
| State what the contract or lease is for and the nature of the debtor's interest | FUEL TRANSPORT AGREEMENT – SERVICE CLASSIFICATION 11 | CENTRAL HUDSON GAS & ELECTRIC CORP 284 SOUTH AVE POUGHKEEPSIE, NY 12601-4839 |
| State the term remaining | 2.7 MONTHS | |
| List the contract number of any government contract | | |
| **2.7** | |
| State what the contract or lease is for and the nature of the debtor's interest | ELECTRIC UTILITY SERVICE PROVIDER CUSTOMER AGREEMENT | CENTRAL HUDSON GAS & ELECTRIC CORP 284 SOUTH AVE POUGHKEEPSIE, NY 12601-4839 |
| State the term remaining | UNTIL TERMINATED | |
| List the contract number of any government contract | | |
| **2.8** | |
| State what the contract or lease is for and the nature of the debtor's interest | ELECTRIC TRANSMISSION INTERCONNECTION AGREEMENT | CENTRAL HUDSON GAS & ELECTRIC CORP 284 SOUTH AVE POUGHKEEPSIE, NY 12601-4839 |
| State the term remaining | UNTIL TERMINATED | |
| List the contract number of any government contract | | |

Debtor    DANSKAMMER ENERGY, LLC                                Case number (if known)    26-10954
          (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | REGULATORY COMPLIANCE SERVICE AGREEMENT | CERTREC CORPORATION<br>ATTN VICE PRESIDENT/CFO<br>6500 WEST FRWY, STE 400<br>FORT WORTH, TX 76116 |
|---|---|---|
| State the term remaining | 4 MONTHS | |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | SUCCESSOR ENTITY FOR MAINTENANCE OF WELLS FARGO BANK, NATONAL ASSOCIATON NYSDEC FINANCIAL ASSURANCE STANDBY TRUST AGREEMENT. | COMPUTERSHARE TRUST COMPANY, N.A.<br>WF 8113<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-8113 |
|---|---|---|
| State the term remaining | UNTIL TERMINATED | |
| List the contract number of any government contract | | |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - OPERATION & MAINTENANCE AGREEMENT | CONSOLIDATED ASSET MGMT SVCS (NY) LLC<br>ATTN GREG BOBROW, COO<br>919 MILAM ST, STE 2300<br>HOUSTON, TX 77002 |
|---|---|---|
| State the term remaining | UNTIL TERMINATED | |
| List the contract number of any government contract | | |

**2.12**

| State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - ASSET MANAGEMENT AGREEMENT | CONSOLIDATED ASSET MGMT SVCS (TX) LLC<br>ATTN GREG BOBROW, COO<br>919 MILAM ST, STE 2300<br>HOUSTON, TX 77002 |
|---|---|---|
| State the term remaining | UNTIL TERMINATED | |
| List the contract number of any government contract | | |

Debtor    DANSKAMMER ENERGY, LLC                                    Case number (if known)    26-10954
          (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** | |
| State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT - PRIVATE CROSSING AGREEMENT | CSX TRANSPORTATION INC<br>ATTN CSXT CONTRACT ADMIN J180<br>500 WATER ST<br>JACKSONVILLE, FL 32202 |
| State the term remaining: UNTIL TERMINATED | |
| List the contract number of any government contract | |
| **2.14** | |
| State what the contract or lease is for and the nature of the debtor's interest: DATA STORAGE AGREEMENT | DROPBOX INC.<br>1800 OWENS STREET<br>SAN FRANCISCO, CA 94158 |
| State the term remaining: 8.8 MONTHS | |
| List the contract number of any government contract | |
| **2.15** | |
| State what the contract or lease is for and the nature of the debtor's interest: GENERATON UNITS 3 AND 4 CONTROL SOFWARE CONTRACT | EMERSON ELECTRIC CO.<br>8027 FORSYTH BOULEVARD<br>ST. LOUIS, MO 63105 |
| State the term remaining: LIFETIME | |
| List the contract number of any government contract | |
| **2.16** | |
| State what the contract or lease is for and the nature of the debtor's interest: WATER INTAKE FISH DETERRENT REPLACEMENT SYSTEM MANUFACTURING CONTRACT | FISH GUIDANCE SYSTEM LTD<br>14 MATRIX PARK<br>TALBOT RD<br>FAREHAM, PO15 5AP<br>UK |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.17** | |
| State what the contract or lease is for and the nature of the debtor's interest: GADS SOFTWARE SERVICES | GUIDEHOUSE INC<br>1676 INTERNATIONAL DR, STE 800<br>MCLEAN, VA 22102 |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor ___DANSKAMMER ENERGY, LLC_____  Case number (if known)  __26-10954_____
              (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.18**

| State what the contract or lease is for and the nature of the debtor's interest | SATELLITE PHONE CONTRACT | INT'L SATELLITE SERVICES INC<br>1004 COLLIER CENTER WAY, STE 204<br>NAPLES, FL 34110 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.19**

| State what the contract or lease is for and the nature of the debtor's interest | ONGOING ENVIRONMENTAL REGULATORY COMPLIANCE MONITORING AGREEMENT | LABELLA ASSOCIATES DPC<br>21 FOX ST<br>POUGHKEEPSIE, NY 12601 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.20**

| State what the contract or lease is for and the nature of the debtor's interest | NYISO REGULATORY CONSULTING CONTRACT | LUMINARY ENERGY LLC<br>279 TROY ROAD<br>STE9<br>PMB 110<br>RENSSELAER, NY 12144 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.21**

| State what the contract or lease is for and the nature of the debtor's interest | NYISO MONITORING CONSULTANT CONTRACT | LUMINARY ENERGY LLC<br>279 TROY ROAD<br>STE9<br>PMB 110<br>RENSSELAER, NY 12144 |
|---|---|---|
| State the term remaining | 4 MONTHS | |
| List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 5 of 8

Debtor   DANSKAMMER ENERGY, LLC
              (name)

Case number (if known)   26-10954

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | 2002 ISDA MASTER AGREEMENT AND ASSOCIATED GAS ANNEX AND ISDA SCHEDULE FOR CAPACITY, ENERGY AND OTHER RELATED TRADING ACTIVITIES |
| State the term remaining | UNTIL TERMINATED |
| List the contract number of any government contract | |

MERCURIA ENERGY AMERICA INC
20 E. GREENWAY PLAZA
# 650
HOUSTON, TX 77046

**2.23**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR NEW YORK ISO MARKET ADMINISTRATION AND CONTROL AREA SERVICES TARIFF |
| State the term remaining | UNTIL TERMINATED |
| List the contract number of any government contract | |

NEW YORK INDEPENDENT SYSTEM OPERATOR INC
ATTN MGR, MEMBER RELATIONS
10 KREY BLVD
RENSSELAER, NY 12144

**2.24**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | NYISO SCHEDULING SERVICE PROVIDER / AGENCY AGREEMENT BETWEEN NYISO, CASTLETON COMMODITES ENERGY SERVICES LLC AND DANSKAMMER ENERGY, LLC |
| State the term remaining | UNTIL TERMINATED |
| List the contract number of any government contract | |

NEW YORK INDEPENDENT SYSTEM OPERATOR, INC.
10 KREY BOULEVARD
RENSSELAER, NY 12144

**2.25**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | EMISSIONS RELATED MONITORING |
| State the term remaining | |
| List the contract number of any government contract | |

RELIANT CEM SERVICES INC
630-C WYNDHURST DR
LYNCHBURG, VA 24502

---

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 6 of 8

Debtor    DANSKAMMER ENERGY, LLC
           (name)

Case number (if known)    26-10954

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.26** | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMISSIONS MEASUREMANT SOFTWARE CONTRACT | SBS CISCO INC<br>7841 S WHEELING CT<br>ENGELWOOD, CO 80112 |
| **2.27** | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT - PROFESSIONAL SERVICES AGREEMENT | STEARNS CONRAD & SCHMIDT CONSULTING ENGINEERS INC D/B/A SCS ENGINEERS<br>40 SHUMAN BLVD, STE 216<br>NAPERVILLE, IL 60563 |
| **2.28** | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAFETY PERMITTING SOFTWARE | STILLWELL & ASSOCIATES OF THE USA INC<br>PO BOX 34906<br>ALEXANDRIA, VA 22334 |
| **2.29** | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT - BENEFIT COST REIMBURSEMENT AGREEMENT | TIP PROFESSIONAL LP<br>ATTN JASON KASLOW<br>717 FIFTH AVE, FL 12A<br>NEW YORK, NY 10022 |
| **2.30** | |
| State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - NEW HOST COMMUNITY BENEFIT AGREEMENT | TOWN OF NEWBURGH, NY<br>ATTN TOWN SUPERVISOR<br>1496 ROUTE 300<br>NEWBURGH, NY 12550 |
| State the term remaining | 41 MONTHS | |
| List the contract number of any government contract | UNKNOWN | |

Debtor    DANSKAMMER ENERGY, LLC
          (name)

Case number (if known)    26-10954

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.31**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | UNIFORM RENTAL AND CLEANING AGREEMENT | UNIFIRST CORP. PO BOX 650481 DALLAS, TX 75265-0481 |
| State the term remaining | 4.4 YEARS | |
| List the contract number of any government contract | | |

**2.32**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | HEALTH AND SAFETY TRACKING SOFTWARE | VELOCITYEHS INC 222 MERCHANDISE MART PLAZA, STE 1750 CHICAGO, IL 60654 |
| State the term remaining | 9 MONTHS | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   DANSKAMMER ENERGY, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known):   26-10954

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** | DANSKAMMER HOLDINGS LLC | 590 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10022 | MERCURIA ENERGY AMERICA LLC | ☑ D ☐ E/F ☐ G |
| **2.2** | DANSKAMMER HOLDINGS LLC | 590 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10022 | MERCURIA INVESTMENTS US LLC | ☑ D ☐ E/F ☐ G |
| **2.3** | DANSKAMMER INTERMEDIATE HOLDINGS LLC | 590 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10022 | MERCURIA ENERGY AMERICA LLC | ☑ D ☐ E/F ☐ G |
| **2.4** | DANSKAMMER INTERMEDIATE HOLDINGS LLC | 590 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10022 | MERCURIA INVESTMENTS US LLC | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  DANSKAMMER ENERGY, LLC

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (*If known*):  26-10954

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule*

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/10/2026                    ✘ /s/ THOMAS M. GRAY
　　　　　　　 MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                        THOMAS M. GRAY
                                        Printed name

                                        PRESIDENT AND CHIEF FINANCIAL OFFICER
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**